**Fill in this information to identify the case:**

Debtor 1: Richard Thomas Isch, Jr.

Debtor 2: Terri Kim Isch
(Spouse, if filing)

United States Bankruptcy Court for the: District of Arizona
(State)

Case number: 2:16-bk-05038-BKM

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8990 ___ ___

**Property address:** 2021 E. Harvard Drive
Number   Street

_____

Tempe, AZ 85283
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

Form 4100R     **Response to Notice of Final Cure Payment**     page **1**

| Debtor 1 | RIchard Thomas Isch, Jr., and Terri Kin Isch | Case number (*if known*) | 2:16-bk-05038-BKM |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ Michelle R. Ghidotti-Gonsalves, Esq.___  Date 08 / 26 / 2020
Signature

Print: Michelle R. Ghidotti-Gonsalves
First Name    Middle Name    Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Avenue
Number    Street

Santa Ana, CA 92705
City    State    ZIP Code

Contact phone (949) 427 – 2010

Email: bknotificationsr@ghidottiberger.com

Form 4100R    Response to Notice of Final Cure Payment    page **2**
Case 2:16-bk-05038-BKM    Doc    Filed 08/26/20    Entered 08/26/20 14:48:08    Desc
Main Document    Page 2 of 3

## CERTIFICATE OF SERVICE

On August 26, 2020, I served the foregoing document described as *Response to Noticeof Final Cure* on the following individuals by electronic means through the Court's ECFprogram:

### COUNSEL(S) FOR DEBTOR(S)

Martin J. Berkley		mjberkley@yahoo.com,  r50106@notify.bestcase.com

### TRUSTEE/TRUSTEE(S) COUNSEL(S)

Edward J. Maney		courtecf@maney13trustee.com
U.S. Trustee		USTPRegion14.PX.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On August 26, 2020, I served the foregoing documents described as *Response toNotice of Final Cure* on the following individuals by depositing true copies thereof in theUnited States mail at North Miami Beach, FL enclosed in a sealed envelope, with postagepaid, addressed as follows:

*Debtor*
**RICHARD THOMAS ISCH, JR.**
2021 E. HARVARD DR.
TEMPE, AZ 85283

*Joint Debtor*
**TERRI KIM ISCH**
2021 E. HARVARD DR.
TEMPE, AZ 85283

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker